# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLENE SCOTT,

    Defendant.

CASE NO: 2:15-cr-0174-KJD-PAL

**ORDER**

Presently before the Court is Defendant Charlene Scott's Second Unopposed Motion to Continue Self Surrender Date (ECF 271). Having read and considered the motion, and good cause being found, the motion is GRANTED, and the Defendant's self-surrender date is continued to March 5, 2019. IT IS SO ORDERED.

DATED this 16th day of January, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE