CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number: 14853
KIMBERLY FRAYN
Assistant United States Attorney
United States Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00193-KJD-PAL-1 |
| Plaintiff, | ) | 2:15-cr-00174-KJD-BNW-4 |
| | ) | |
| v. | ) | PETITION FOR ACTION |
| | ) | ON CONDITIONS OF |
| CHARLENE SCOTT | ) | <u>PRETRIAL RELEASE</u> |
| Defendant | ) | |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Erin Oliver</u>, Supervisory U.S. Pretrial Services Officer. I have reviewed that Petition, and I concur in the recommended action requested of the court.

Dated this 1st day of September, 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

By ___/S/_____.
KIMBERLY FRAYN
Assistant U. S. Attorney

PS 8
(Revised 12/04)

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEVADA

U.S.A. vs. CHARLENE SCOTT                                    Docket No: 2:15-cr-00193-KJD-PAL-1
                                                                                          2:15-cr-00174-KJD-BNW-4

Petition for Action on Conditions of Pretrial Release

COMES NOW ERIN OLIVER, SUPERVISORY U.S. PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Charlene Scott. The defendant initially appeared before U.S. Magistrate Judge George W. Foley, Jr., on July 16, 2015 (2:15-cr-00193-KJD-PAL-1) and before U.S. Magistrate Judge Peggy A. Leen on February 11, 2016 (2:15-cr-00174-KJD-BNW), and was ordered released on a personal recognizance bond with the following conditions of release:

1. The defendant shall report to U.S. Pretrial Services for supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall not obtain a passport or passport card.
4. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Continental U.S.A.
5. The defendant shall maintain current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
6. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
7. The defendant shall not secure employment in the following field(s): Telemarketing.

On April 7, 2021, the employment condition was removed and a mental health treatment condition was added.

On May 25, 2021, a substance use treatment condition was added.

**Respectfully presenting petition for action of Court and for cause as follows:**

Pretrial Services and Ms. Scott's treatment provider are concerned with the defendant's continued and increased nightly use of alcohol with her prescription medication.

**PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND BE MODIFIED TO ADD:**

1. The defendant shall refrain from any use of alcohol.
2. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.

| ORDER OF COURT | |
|---|---|
| Considered and ordered this <u>6th</u> day of October, 2021 and ordered filed and made a part of the records in the above case. | I declare under penalty of perjury that the information herein is true and correct. Executed on this <u>1st</u> day of September, 2021. |
| *[signature]* | Respectfully Submitted,<br>*[signature]* |
| Honorable Kent J. Dawson<br>U.S. District Judge | Erin Oliver<br>Supervising U.S. Pretrial Services Officer<br>Place: <u>Las Vegas, Nevada</u> |