RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Nelson@fd.org

Attorney for Charlene Scott

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLENE SCOTT,<br><br>        Defendant. | Case No. 2:15-cr-00174-KJD-BNW<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Charlene Scott, request that the due date for Ms. Scott's Supplement to Motion for Compassionate Release (ECF No. 461), be extended from January 17, 2024, to April 16, 2024; and that the due date for the government's response be extended until April 30, 2024.

        This Stipulation is entered into for the following reasons:

        1.    On January 4, 2024, Ms. Scott filed a motion seeking an order reducing her sentence or modifying her judgment under the compassionate release statute at 18 U.S.C. §§ 3582(c) and 3553(a).  ECF No. 461.

2. Defense counsel has not had the opportunity to speak with Ms. Scott to discuss related issues to the motion.

3. Defense counsel needs additional time to investigate Ms. Scott's personal and family medical issues, which are pertinent to the supplement.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

5. The defendant is in custody and agrees with the need for a continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the supplement deadline.

DATED this 12th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By */s/ Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHARLENE SCOTT,<br><br>　　　　Defendant. | Case No. 2:15-cr-00174-KJD-BNW<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to April 16, 2024; and that the Government's deadline to file its response is extended to April 30, 2024.

　　　DATED this 12th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE

3