UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>CHARLENE SCOTT,<br><br>       Defendant. | Case No. 2:15-cr-00174-KJD-BNW-4<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to April 23, 2024; and that the Government's deadline to file its response is extended to May 7, 2024.

DATED this __9th__ day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE

3