RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MADELINE S. LAL
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Madeline_Lal@fd.org

Attorney for Charlene Scott

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLENE SCOTT,<br><br>　　　　　Defendant. | Case No. 2:15-cr-00174-KJD-BNW-4<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Kimberly M. Frayn, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Charlene Scott, request that the due date for Ms. Scott's Supplement to Motion for Compassionate Release (ECF No. 461), be extended from April 23, 2024, to May 7, 2024; and that the due date for the government's response be extended until May 21, 2024.

　　　　　This Stipulation is entered into for the following reasons:

　　　　　1.　　On January 4, 2024, Ms. Scott filed a motion seeking an order reducing her sentence or modifying her judgment under the compassionate release statute at 18 U.S.C. §§ 3582(c) and 3553(a).  ECF No. 461.

2. Defense counsel needs additional time to investigate Ms. Scott's personal and family medical issues, which are pertinent to the supplement.

3. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

4. The defendant is in custody and agrees with the need for a continuance.

5. The parties agree to the continuance.

This is the third request for a continuance of the supplement deadline.

DATED this 22nd day of April, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Madeline S. Lal<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By /s/ Kimberly M. Frayn<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>CHARLENE SCOTT,<br><br>        Defendant. | Case No. 2:15-cr-00174-KJD-BNW-4<br><br>ORDER |

      IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to May 7, 2024; and that the Government's deadline to file its response is extended to May 21, 2024.

      DATED this __22__ day of April, 2024.

                                              _____
                                              UNITED STATES DISTRICT JUDGE

3